UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> Dismissal acknowledged [22]. JMS, DJ 1/18/24 Distributon via ECF

| | | |
|---|---|---|
| J.R. SIMPLOT COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO.: 1:23-cv-01979-JMS-MG |
| | ) | |
| v. | ) | |
| | ) | |
| MCFARLING FOODS, INC., *et al*, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**AS TO ALL DEFENDANTS**

Now comes Plaintiff J.R. Simplot Company ("Plaintiff"), by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A), hereby voluntarily dismisses its Complaint (Doc. No. 1) as to all Defendants.

Dated: January 18, 2024

Respectfully submitted,

*s/Mark A. Amendola*
MARK A. AMENDOLA
  OH Bar ID No: 0042645
  Admitted herein Pro Hac Vice
MARTYN AND ASSOCIATES CO.
820 W. Superior Avenue, Tenth Floor
Cleveland, Ohio 44113
Telephone: (216) 861-4700
Facsimile: (216) 861-4703
Email: mamendola@martynlawfirm.com

Attorney for Plaintiff
J.R. Simplot Company